**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Constantino GAMEZ–TENERIA, also
known as Constantino Gamez–Mar-
tinez, Defendant–Appellant.**

No. 12–40777
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 2014.

James Lee Turner, Assistant U.S. Attor-
ney, Renata Ann Gowie, Assistant U.S.
Attorney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Margaret Christina Ling, Assistant
Federal Public Defender, H. Michael Soko-
low, Assistant Federal Public Defender,
Federal Public Defender's Office, Houston,
TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and
HAYNES, Circuit Judges.

PER CURIAM: *

Constantino Gamez–Teneria pleaded
guilty to being unlawfully present in the
United States following removal. The dis-
trict court sentenced Gamez to 27–months'
imprisonment, less 190 days of credit for
state custody, and did *not* impose a super-
vised-release term.

For his only issue on appeal, Gamez
contends the court erred in concluding his
Illinois involuntary-manslaughter convic-
tion warranted a 12–level enhancement un-
der Sentencing Guideline
§ 2L1.2(b)(1)(A)(ii) (unlawfully entering or
remaining in United States after felony
conviction for crime of violence). Because
Gamez has been released from prison and
removed from the United States (24 June
2013), his appeal is moot. *See United
States v. Rosenbaum–Alanis,* 483 F.3d
381, 383 (5th Cir.2007).

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.